UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES ECKENRODE, | ) | |
| Plaintiff, | ) | Case No.: 2:13-cv-00317-GMN-PAL |
| vs. | ) | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE LEEN** |
| RUBIN & YATES, LLC, | ) | |
| Defendant. | ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 11) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered July 28, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by August 14, 2014. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendation that Plaintiff's Default Judgment (ECF No. 62) be **Granted in part and Denied in part**. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 11) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 9) is **Granted in part and Denied in part**. Plaintiff is awarded $1,000.00 in statutory damages and $3,805.00 in attorney's fees and costs. The Clerk shall enter judgment accordingly.

**DATED** this 15th day of August, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court